### NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

### MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, Respondent.

No. 03–2064.

United States Court of Appeals, Sixth Circuit.

Sept. 22, 2003.

Aileen A. Armstrong, Dep. Asso. Gen. Counsel, Linda Dreeben, National Labor Relations Board, Appellate Court Branch, Washington, DC, for Petitioner.

Nicholas R. Nahat, Novara, Tesija & Michela, Southfield, MI, for Respondent.

Before SUHRHEINRICH, COLE, and ROGERS, Circuit Judges.

### *JUDGMENT*

This cause was submitted upon the application of the National Labor Relations

Board (the "Board") for the enforcement of a certain order on consent issued by it against the respondent, Michigan Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, its officers, agents, and representatives, on July 21, 2003, in Board Case No. 7–CC–1763, and upon the transcript of the record in that proceeding, certified and filed in this court.

On consideration whereof, it is **OR-DERED** and **ADJUDGED** that the Board's order of July 21, 2003, be and the same is hereby enforced. The respondent, Michigan Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, its officers, agents, and representatives shall abide by and perform the directions of the Board as set forth in its order.